UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CEDRIQUEZ MCCAA,

                          Petitioner,

        v.

FCC-VICTORVILLE WARDEN RICOLCOL,

                          Respondent.

Case No. 5:24-cv-02590-JFW-SSC

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 the Court has reviewed the petition, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and the objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court (1) accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation and (2) denies Petitioner's motion for release from the prison's segregation housing unit without prejudice to his filing a separate habeas action or filing a civil-rights action if Petitioner wants to pursue such relief.

IT IS ORDERED that judgment be entered denying the amended petition and dismissing this action with prejudice.

DATED:    January 26, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2