JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CEDRIQUEZ MCCAA,

Petitioner,

v.

FCC-VICTORVILLE WARDEN RICOLCOL,

Respondent.

Case No. 5:24-cv-02590-JFW-SSC

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the amended petition is denied and the action is dismissed with prejudice.

DATED:    January 26, 2026

_____

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE